**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 95-6243

CASSANDRA JENKINS, a minor, by her mother and
next friend, Sandra Hall; ONIEKA McKENZIE, a
minor, by her mother and next friend,
Elizabeth McKenzie,

                                      Plaintiffs-Appellants,

    versus

TALLADEGA CITY BOARD OF EDUCATION; SUSANNAH
HERRING, individually and in her capacity as
a teacher of Graham Elementary School; MELBA
SIRMON, individually and in her capacity as
counselor at Graham Elementary School,

                                      Defendants-Appellees,

CHARLES KURLEY, in his official capacity as
Superintendent of the Talladega City School
District, et al.,

                                      Defendants.

--------------------------
On Appeal from the United States District Court for the
Northern District of Alabama

--------------------------

(Panel Opinion September 23, 1996, 11th Cir., 1996, ___ F.2d ___)

(October 16, 1996)

Before HATCHETT, Chief Judge, TJOFLAT, KRAVITCH, ANDERSON, EDMONDSON, COX,
BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll
on whether this case should be reheard by the Court sitting en banc, and a

majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.